BALTIMORE & OHIO RAILROAD CO. ET AL. *v.*
BOSTON & MAINE RAILROAD ET AL.

No. 97. Argued March 27, 1963.—Decided May 20, 1963.*

*Robert W. Ginnane, Jervis Langdon, Jr.,* and *William
L. Marbury* argued the cause for appellants. With *Mr.
Ginnane* on the briefs for the Interstate Commerce Com-
mission, appellant in No. 99, was *I. K. Hay.* With *Mr.
Langdon* on the briefs for appellants in No. 97 were
*Richard R. Bongartz, Robert B. Claytor, John W.
Hanifin, John Henry Lewin* and *William C. Purnell.*
With *Mr. Marbury* on the briefs for appellants in No. 98
were *Chas. R. Seal, J. Cookman Boyd, Jr., Donald
Macleay, John Martin Jones, Jr., Morris Duane, Warren
Price, Jr., William C. Burt* and *Robert M. Beckman.*

*J. William Doolittle, Thomas E. Dewey* and *Robert G.
Bleakney, Jr.* argued the cause for appellees. On the
brief for the Boston & Maine Railroad et al. were *Robert
G. Bleakney, Jr., Henry E. Foley* and *Neal Holland.* On
the brief for the United States were *Solicitor General
Cox, Assistant Attorney General Loevinger, Stephen J.
Pollak, Robert B. Hummel, Irwin A. Seibel* and *John H.
D. Wigger.* On the brief for the New York Central Rail-
road Company et al. were *Thomas E. Dewey, Everett I.
Willis* and *Leo B. Connelly.* On the brief for the State

---

*Together with No. 98, *Maryland Port Authority et al.* v. *Boston
& Maine Railroad et al.,* and No. 99, *Interstate Commerce Com-
mission* v. *Boston & Maine Railroad et al.,* also on appeals from the
same Court.

of New York et al. were *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Dunton F. Tynan,* Assistant Solicitor General, *Sidney Goldstein, Leo A. Larkin; F. A. Mulhern, Morris Handel, Samuel Mandell, Charles W. Merritt, Walter J. Myskowski, Arthur L. Winn, Jr.* and *Samuel H. Moerman.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.